IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-309-WDM-BNB

CYBERSEAL TECHNOLOGY, INC., a Colorado corporation, and
DONALD P. ARBUCKLE, individually,

    Plaintiffs,

vs.

WOODWARD GOVERNOR COMPANY, a Delaware corporation,

    Defendant.

---

### ~~PROPOSED~~ ORDER REGARDING PLAINTIFFS' MOTION TO SERVE SECOND AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS

---

Based on the stipulation of the parties, the Court hereby orders as follows:

1.    Plaintiffs' motion for leave to file and serve a second amended complaint is granted and is deemed filed and served as of the date of this order.

2.    The Defendant's pending motion to dismiss is hereby deemed to apply to the Plaintiffs' second amended complaint as of the date of this order. The Defendant need not file a new motion.

3.    The briefs of both parties originally filed in connection with the Defendant's motion to dismiss are hereby deemed to apply to the Plaintiffs' second amended complaint, provided, however, that no later than Friday, December 2, 2005, or within ten days of the date of this order, whichever is later, each party may file a supplemental brief, limited to no more than five pages of argument, setting forth how, if

at all, that party's original brief(s) or arguments differ in light of the differences between the first and second amended complaints.

4. The Court hereby vacates the motion hearing now set for Thursday, November 10, 2005.

Dated this **9th** day of November, 2005.

*[Signature: Boyd N. Boland]*

~~United States District Court Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**

2